UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| VELASQUEZ,<br><br>Plaintiff,<br><br>-against-<br><br>LIAM STREET VENTURE LTD.,D/B/A THE CAULDRON NYC, et al.,<br><br>Defendants. | 19-cv-06895 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: December 19, 2019
   New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**